**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRANCE KEATON, Individually and on Behalf of Others Similarly Situated** **PLAINTIFF**

**v.** **No. 4:18-cv-736-DPM**

**GAMMA HEALTHCARE, INC.** **DEFENDANT**

# ORDER

The joint motion to dismiss and approve the settlement, *№ 46*, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018); *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019). It reflects a good-faith compromise of contested overtime compensation issues. In the circumstances, no conflict exists in the contemporaneous agreement about fees. *Melgar*, 902 F.3d at 779; *Barbee*, 927 F.3d at 1027 n.1. The complaint will be dismissed with prejudice. And the Court will retain jurisdiction until 31 January 2020 to enforce the agreement.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

9 December 2019