# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TERRANCE KEATON, Individually
and on Behalf of Others Similarly Situated                    PLAINTIFF

v.                       No. 4:18-cv-736-DPM

GAMMA HEALTHCARE, INC.                                        DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 January 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2019